### State on the relation of R. S. McCALL v. W. W. ZACHARY.

(Decided November 21, 1899.)

*Quo Warranto—Solicitor—Title to Office—Madison County.*

The plaintiff sues for the office of Solicitor of Criminal Court of Madison County, and at July Term, 1899, of the

Superior Court of MADISON County, judgment was rendered in his favor by *Coble, J.* Defendant appealed.

The decision of this cause, according to the opinion, is governed by the judgment in *McCall v. Webb,* at this term.

CLARK, J., dissents.

*Mr. George A. Shuford,* for appellant.
*Messrs. V. S. Lusk* and *Frank Carter,* for appellee.

FURCHES, J. We have carefully examined the facts of this case and find them to be substantially the same as those in *McCall v. Webb,* at this term. This being so, the opinion of the Court in that case must govern our judgment in this case.

The plaintiff is therefore entitled to the office sued for, it being the solicitorship of the Criminal Court of Madison County, and to the fees and emoluments thereof; and the defendant, Zachary, is not entitled to the same, nor to the fees and emoluments of said office. Let the writ issue as prayed for.

Affirmed.

CLARK, J., dissents for reason given in the dissenting opinions in *McCall v. Webb* and *Abbott v. Beddingfield,* at this term.